UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

**PAINTERS LOCAL 781 HEALTH FUND,**
**PAINTERS LOCAL 781 APPRENTICESHIP**
**AND TRAINING FUND, and**
**JEFF MEHRHOFF (in his capacity as Trustee),**

     Plaintiffs,

 v.                   Case No. 25-cv-2039

**K&J PAINTING LLC,**

     Defendant.

---

## COMPLAINT

---

**NOW COME** Plaintiffs, by their attorneys, The Previant Law Firm, S.C., by Alex J. Sterling, and as and for a cause of action against the Defendant, allege and show to the Court the following:

### Jurisdictional and Venue

1. Jurisdiction of this Court upon Defendant K&J Painting LLC (hereinafter "K&J Painting") is founded upon section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132) in that Plaintiffs are aggrieved by the Defendant's violation of certain collective bargaining agreements, trust plans and trust agreements, and Defendant's continued refusal to submit, as well as untimely submission of, contributions in accordance with the terms of those plans and agreements, thereby violating the provisions of ERISA, the Multi-Employer Pension Plan Amendments Act ("MPPAA"), and the terms and provisions of the employee benefit plans.

2. Venue lies in this Court under ERISA § 502(e)(2) (29 U.S.C. §1132(e) (2)) in that Plaintiff Painters Local 781 Health Fund's principal office is located in Milwaukee County, Wisconsin.

## Parties

3. Plaintiffs Painters Local 781 Health Fund and Painters Local 781 Apprenticeship and Training Fund are employee benefit plans within the meaning of ERISA §§ 3 (1), (3) and (37), 502 and 515, as amended by the MPPAA (codified as amended at 29 U.S.C. §§ 1002 (2), (3) and (37), 1132 and 1145), and bring this action on behalf of the Trustees, participants and beneficiaries of said plans. Said plans maintain offices at 11270 West Park Place, Suite 950, Milwaukee, Wisconsin 53224.

4. Plaintiff Jeff Mehrhoff is a Trustee and a fiduciary of the Painters Local 781 Health Fund and as such has standing to be a Plaintiff in this action and to seek the remedies prayed for. Jeff Mehrhoff maintains an office at S68 W22665 National Avenue, Big Bend, Wisconsin 53103.

5. Defendant K&J Painting is a foreign limited liability corporation organized under the laws of Illinois. K&J Painting's principal offices are located at 44W540 Keslinger Road, Suite A1, Elburn, Illinois 60119. Its registered agent for service of process is Kristie K Swanson-Trapp, 44W540 Keslinger Road, Suite A1, Elburn, Illinois 60119.

## Facts

6. K&J Painting is an employer and party in interest in an industry affecting commerce within the meaning of ERISA §§ 3(5), (11), (12) and (14) (29 U.S.C. §§ 1002(5), (11), (12) and (14)) and the LMRA (29 U.S.C. § 151, et seq.).

7. For all times relevant, K&J Painting was and remains a party to and agreed to abide by the terms of a collective bargaining agreement ("Labor Agreement") between itself and the Painters & Allied Trades, District Council 7, AFL-CIO (hereinafter "Painters Union").

8. The Labor Agreement described herein contains provisions whereby K&J Painting agreed to make contributions and payments to the Plaintiff Funds by the fifteenth day of the month after the one during which the work was performed.

9. By execution of said Labor Agreement, K&J Painting adopted the trust agreements and amendments thereof; which establish and govern the Plaintiff Funds and are necessary for their administration, and designated as their representatives on the Boards of Trustees such Trustees as have been named and appointed pursuant to said trust agreements, together with their successors selected in the manner provided in such trust agreements, and thereby ratifying all actions already taken or to be taken within the scope of their authority, such as but not limited to the adoption of policies relevant to this lawsuit, including but not limited to the Plaintiff Funds' policies on employer accounts.

10. Despite demands that K&J Painting perform its statutory and contractual obligations, Defendant has wholly failed, neglected, omitted, and refused the Plaintiff Funds' auditor access to its books and records to determine whether Defendant has made its required contribution payments for the period January 1, 2021, to the present.

3

Case 2:25-cv-02039-SCD    Filed 12/29/25    Page 3 of 5    Document 1

## Claim One Against K&J Painting LLC
## Violation of ERISA §§ 502 and 515 (29 U.S.C. §§ 1132 and 1145)

11. As and for a first claim for relief against K&J Painting LLC, Plaintiffs repeat and reallege each and every allegation contained in paragraphs 1 through 10 above and incorporate the same as though fully set forth herein word for word.

12. The Plaintiff Funds have made repeated demands upon K&J Painting for access to its books and records to conduct a compliance audit, but Defendant has refused to make such arrangements as are necessary for such an audit.

13. Without access to Defendant's books and records, the Plaintiff Funds cannot confirm whether Defendant has made all contribution payments as required by the Labor Agreement. If Defendant has not remitted contributions to the Plaintiff Funds as required, some of the Plaintiff Funds' beneficiaries and participants could have eligibility terminated and benefits reduced for which they would otherwise qualify. These beneficiaries and participants would be left without an adequate remedy at law and would suffer severe and irreparable harm if K&J Painting is not mandatorily compelled to comply with the Labor Agreement and enjoined from further breaches.

14. Therefore, on all contributions that remain unpaid from January 1, 2021, through the date of judgment, Plaintiffs are entitled to recover from Vesel Services all owed contributions; as well as interest at 1.5% per month, liquidated damages of 20%, and their reasonable attorneys' fees of collection, on all owed contributions pursuant to 29 U.S.C. §1132(g), the Plaintiff Funds' policies on employer accounts, and Labor Agreement.

4

**WHEREFORE**, Plaintiffs demand the following relief:

1. Judgment on behalf of Plaintiffs and against K&J Painting LLC:

    A. For unpaid contributions, interest, and liquidated damages owed to Plaintiffs for the period January 1, 2021, to the present;

    B. For unpaid contributions, interest, and liquidated damages owed to Plaintiffs becoming due and/or arising after the commencement of this lawsuit through the date of judgment; and

    C. Reasonable attorney fees and the costs of this action.

2. An order directing K&J Painting LLC to fully submit to an audit of the company's books and records by Plaintiffs' designated representative for the period January 1, 2021, to the present.

3. The Court should retain jurisdiction pending compliance with its order.

4. For such other, further, or different relief as the Court deems just and proper.

Dated this 29th day of December 2025.

/s/ Alex J. Sterling
Alex J. Sterling (SBN: 1107931)
THE PREVIANT LAW FIRM, S.C.
Attorney for Plaintiffs
301 West Wisconsin Avenue, Suite 100 MW
Milwaukee, WI   53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: ajs@previant.com